FILED - GR
March 25, 2009 11:31 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_____cr_____/_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**1:09-cv-280**
Paul L Maloney
Chief U.S. District Judge

MATTHEW-JOSEPH: CREHAN

_____
                              Plaintiff(s)        Case No. _____

vs.

JAMES DAVIS, MATTHEW MHUDRESS,
JARED POSSCHIEN, TIMOTHY DENGER,
JOHN DOE(S)
_____
                              Defendant(s)

## AFFIDAVIT OF FINANCIAL STATUS

The undersigned, with knowledge that there are criminal penalties for false statements, makes the following statements regarding marital status, residence, employment and financial status:

I. MARITAL STATUS:
   a. Single ✗   Married ___   Separated ___   Divorced ___
   b. Dependents: Spouse ___   Children, No. ___   Others, No. ___

II. RESIDENCE: MAILING ADDRESS: POB 4042, MUSKEGON, MICHIGAN 49444
    Your address: Street 1277 PALMER
    City MUSKEGON   State MI   Zip Code 49441
    Telephone 231 755-5252

III. EMPLOYMENT:
    Are you now employed?   Yes ✗   No ___
    If now employed:   Name of Employer SELF
    Address of Employer POB 4042
                        MUSKEGON, MICHIGAN 49444
    Employer's Telephone 231 755-5252

How long have you been employed by present employer? 2 6 yrs

Income: Monthly $ Varies  Weekly $ Varies

What is your job? Real Estate Broker - 100% Commission Income;
No Commission Income has received in
Other Income The past 12 months

IV. FINANCIAL STATUS:

1. Owner of real property: Yes X No ___

   a. Description House

   b. Address 1519 Vess Summit Road
      Matthew-Joseph: Croton
   c. In whose name Robert Cosner

   d. Estimated value 80,000

   e. Total amount owed $ -0-   To whom _____

   f. Annual income from property   -0-

2. Other property

   a. Automobile: Make Chrysler / Dodge    Year 1987 / 1988

   b. In whose name registered FM6 + O. Company

   c. Present value of car $ 250.00 / 500.00

   d. Amount owed $ -0-

3. Cash on hand: $ 19.57

   a. Cash in banks and savings and loan associations

      $ 275.00

   b. Names and addresses of banks and associations

      Mason  City
      715 Terrace St, Muskegon, MI 49440

4. Obligations:

    a. Monthly rental on house or apartment     $ ___0___

    b. Mortgage payments on house (monthly)     $ ___0___

    c. Other debts:

| To whom owed | Amount |
|---|---|
| VERIZON TELEPHONE BILL | $ 214.00 |
| NEXTEL | 178.00 |
| WASHINGTON MUTUAL (credit cards in arrears) | 9700.00 |
| CITIBANK (credit cards in arrears) | 6000.00 |
| CAPITAL ONE (credit cards in arrears) | 1700.00 |
| AMERICAN EAGLE (credit cards in arrears) | 750.00 |
| HSBC (credit cards in arrears) | 1000.00 |
| UNION PLANTERS (credit cards in arrears) | 1900.00 |

Total monthly payments on debts:    $ __95.00__ / PHONE BILLS

5. Other information pertinent to your financial status:

(Include stocks, bonds, savings bonds, interests in trusts, either owned or jointly owned, ADC, unemployment, social security, or other. Please specify which.)

_____

_____

_____

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: __3-23-09__    Signed: __Matthew Joseph Archer__
                                                     Plaintiff-Affiant