UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
April 9, 2009 10:49 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

MATTHEW-JOSEPH: CREHAN,
PLAINTIFF,

-V-

JAMES DAVIS, ET. AL.,
DEFENDANTS.

CASE 1:09-CV-280

JUDGE MALONEY

## OBJECTIONS TO MAGISTRATE'S RECOMMENDATION

THE MAGISTRATE HAS RECOMMENDED THAT ALL OF THE DEFENDANTS IN THIS ACTION, WITH THE EXCEPTION OF OFFICER JAMES DAVIS, BE DISMISSED FROM THE ACTION.

PLAINTIFF OBJECTS TO THE DISMISSAL OF THE REMAINING DEFENDANTS PENDING DISCOVERY AND AMENDMENT OF PLEADINGS.

PLAINTIFF FURTHER OBJECTS AS THE STATUTE OF LIMITATIONS FOR THIS TYPE OF ACTION AS STATED IN THE COMPLAINT EXPIRES ON APRIL 12, 2009, THEREFORE THE REMAINING DEFENDANTS COULD NOT BE SUCCESSFULLY ADDED AT A LATER DATE.

4/6/09

Matthew-Joseph: Crehan, sui-juris
without prejudice + recourse