UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW JOSEPH CREHAN, | Case No. 1:09-cv-280 |
| Plaintiff, | |
| v. | HONORABLE PAUL L. MALONEY |
| JAMES DAVIS, individually and in his representative capacity as a Police Officer for the City of Norton Shores, | |
| Defendant. | |

## **JUDGMENT**

On the federal claim, judgment is entered in favor of the defendant and against the plaintiff.

**IT IS SO ORDERED** on this ___18th___ day of May 2010.

                                                                 /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  Chief United States District Judge