UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW JOSEPH CREHAN,

      Plaintiff,                              CASE NO:  1:09-cv-280

vs.                                           HON. PAUL L. MALONEY

JAMES DAVIS,

      Defendant.
_____/

| | |
|---|---|
| **Matthew J. Crehan  (In Pro Per)** | **Michael S. Bogren (P34835)** |
| 1104 Englewood Avenue | Attorney for Defendant |
| P.O. Box 1700 | PLUNKETT COONEY |
| Muskegon, Michigan   49441 | 950 Trade Centre Way, Suite 310 |
| Telephone:  616/438-2700 | Kalamazoo, MI  49002 |
| | Telephone:  269/226-8822 |

### MOTION TO ADJOURN DATE CONTAINED IN THE COURT'S AMENDED CASE MANAGEMENT ORDER

     NOW COMES the defendant, James Davis, by and through his attorney, PLUNKETT COONEY, and requests that the Final Pre-Trial Conference date, scheduled for February 11, 2013, contained within the Court's Amended Case Management Order, dated November 19, 2012, be adjourned to a later date to be determined by the Court, due to the death of defense counsel's father.

     Defendant has sought concurrence with plaintiff, and plaintiff concurs with the relief sought.

Respectfully submitted,

DATED: January 31, 2013 PLUNKETT COONEY

BY: /s/ Michael S. Bogren
    Michael S. Bogren (P34835)
    Attorney for Defendant

BUSINESS ADDRESS:
950 Trade Centre Way, Suite 310
Kalamazoo, MI 49002
**Direct Dial: 269/226-8822**

Open.00560.91310.12569096-1