UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW J. CREHAN,                    )
                    Plaintiff,        )
                                      )    No. 1:09-cv-280; 1:11-cv-1038
-v-                                   )
                                      )    HONORABLE PAUL L. MALONEY
JAMES DAVIS, ET AL.,                  )
                    Defendants.       )
_____)

## NOTICE THAT STAY HAS LIFTED

On January 8, 2014, this Court issued an order staying the proceedings in this case for 60

days following the appointment of pro bono counsel. (ECF No. 82.) By its own terms, the stay

expired on March 9, 2014 and is now lifted. The parties may proceed with the litigation.


Date:___March 10, 2014___                    _/s/ Paul L. Maloney_____
                                             Paul L. Maloney
                                             Chief United States District Judge