UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW-JOSEPH CREHAN,

      Plaintiff,                         Hon. Paul L. Maloney
                                         Case No. 1:09-cv-280
v.                                            Case No. 1:11-cv-1038

JAMES DAVIS, et al.,

      Defendants.
_____/

**MOTION TO WITHDRAW AS COUNSEL
AND
BRIEF IN SUPPORT**

      Counsel Manville is requesting to withdraw as counsel of record in this matter and states in support, the following:

1.     Counsel Manville was appointed as counsel of record in this matter (D/E 82).

2.     Counsel Manville has assisted in most of both consolidated litigation being resolved. The only issue outstanding in these litigations is the issuance of a default judgment by this Court.

3.     In trying to resolve the issue of default judgment in this matter, there has developed a breakdown in the attorney-client relationship that cannot be resolved.

4.     It is the professional opinion of the undersigned that the best course of action for all involved is that this motion be granted.

5.     In the control of its docket this Court has the inherent authority to grant this motion.

WHEREFORE, for the reasons stated above, this Court should grant this motion.

1

Respectfully Submitted,


/s/ Daniel E. Manville
Daniel E. Manville (P39731)
Director, Civil Rights Clinic
Counsel for Plaintiff
Civil Rights Clinic
Michigan State University College of Law
610 Abbot Road
East Lansing, Michigan 48823
517-336-8088 x1137 (Office)
517-336-8089 (Fax)
daniel.manville@law.msu.edu

## PROOF OF SERVICE

I, Daniel E. Manville, certify, under penalty of perjury, that on June 10, 2014, I caused a copy of the above document to be served by the ECF system on Defendants' Counsel and mailed a copy to Defendant Central Towing Services, LLC (D/E 22) and Defendant Edward L. Higgins at their last known address listed on the Docket Sheet, and to Mr. Crehan, 6765 Cascade Rd., SE 170, Grand Rapids, MI.  49546.

                                        /s/ Daniel E. Manville
                                          Daniel E. Manville