UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW JOSEPH CREHAN,

       Plaintiff,

vs.

JAMES DAVIS, Individually and in his
representative capacity as a Police Officer
for the City of Norton Shores; DANIEL SHAW,
individually and in his representative capacity
as the Police Chief for the City of Norton
Shores, CITY OF NORTON SHORES,
CENTRAL TOWING SERVICES, LLC, &
EDWARD L. HIGGINS,

       Defendants.

CASE NO: 1:11-cv-1038
CASE NO: 1:09-CV-280

HON. PAUL L. MALONEY

_____/

| | |
|---|---|
| Matthew Joseph Crehan, in pro per<br>6757 Cascade Road, SE, #170<br>Grand Rapids, Michigan 49546<br>Telephone: 616/438-2700<br>E-mail: mjc.cases@gmail.com | Michael S. Bogren (P34835)<br>Attorney for Defendants<br>Davis, Shaw, and City of Norton Shores<br>PLUNKETT COONEY<br>950 Trade Centre Way, Suite 310<br>Kalamazoo, MI 49002<br>Telephone: 269/226-8822<br>E-mail: mbogren@plunkettcooney.com |

### STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS, JAMES DAVIS, DANIEL SHAW AND THE CITY OF NORTON SHORES, ONLY

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff, Matthew Joseph Crehan, and defendants, James Davis, Daniel Shaw, and the City of Norton Shores, that defendants, James Davis, Daniel Shaw, and the City of Norton Shores, only, be dismissed, with prejudice and without costs, interest or attorney fees.

DATED: July 23, 2014

BY_____
Matthew Joseph Crehan, in pro per

DATED:  July 23, 2014                    PLUNKETT COONEY

                                                    BY:  /s/ Michael S. Bogren
                                                           Michael S. Bogren (P34835)
                                                           Attorney for Defendants
                                                           James Davis, Daniel Shaw, and
                                                           City of Norton Shores

## ORDER

                At a session of said Court, held in the United States District Court for the Western District of Michigan, Southern Division, on this _____ day of July, 2014.

PRESENT:    HON. PAUL L. MALONEY, U.S. District Court Judge

This matter having come before the Court through stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that defendants, James Davis, Daniel Shaw, and the City of Norton Shores, may be, and the same hereby are, dismissed, with prejudice and without costs, interest or attorney fees to any party.

                                                      _____
                                                      Hon. Paul L. Maloney
                                                      U.S. District Court Judge