UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW J. CREHAN,<br>  Plaintiff,<br><br>-v-<br><br>CENTRAL TOWING SERVICES, LLC, and<br>EDWARD L. HIGGINS,<br>  Defendants. | No. 1:09-cv-280; 1:11-cv-1038<br><br>HONORABLE PAUL L. MALONEY |

**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT**

This matter is before the Court on Plaintiff Matthew Crehan's request for an entry of default judgment (ECF No. 117 in 1:09-cv-280; No. 91 in 1:11-cv-1038) and amended request for entry of default judgment (ECF No. 120 in 1:09-cv-280; No. 94 in 1:11-cv-1038). On April 23, a hearing was held to determine the amount of Plaintiff's damages. For the reasons stated on the record from the bench, which are incorporated herein by reference, Plaintiff has established the damages prayed for in his complaint with reasonable certainty and the motions for entry of default judgment are **GRANTED**. A judgement consistent with this order shall issue.

  **IT IS SO ORDERED.**


Date: April 27, 2015        /s/ Paul L. Maloney
                   Paul L. Maloney
                   Chief United States District Judge