UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW J. CREHAN,                          )
                Plaintiff,              )
                        )    No. 1:09-cv-280; 1:11-cv-1038

-v-                                         )
                        )    HONORABLE PAUL L. MALONEY

CENTRAL TOWING SERVICES, LLC, and           )
EDWARD L. HIGGINS,                          )
               Defendants.               )
_____)

## JUDGMENT

Having granted the motion for entry of default judgment submitted by Plaintiff, pursuant to Fed. R. Civ. P. 58, **DEFAULT  JUDGMENT** is hereby entered in favor of Plaintiff Matthew J. Crehan and against Defendants Central Towing Services, LLC and Edward L. Higgins, jointly and severally, in the amount of $33,519.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   April 27, 2015                    /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      Chief United States District Judge